UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 18308
    ROBERT J SANCHEZ
    LISA M SANCHEZ                        CHAPTER 13

                                          JUDGE: JACQUELINE P COX
        Debtor
    SSN XXX-XX-1385    SSN XXX-XX-7558
```

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/05/2007 and was confirmed 12/17/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/06/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | 29640.07 | .00 | 1567.46 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| BENEFICIAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| JB ROBINSON | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY | UNSECURED | 80.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2039.13 | .00 | .00 |
| CHASE | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2408.81 | .00 | .00 |
| SEARS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 866.63 | .00 | .00 |
| NTB/CBSD | NOTICE ONLY | NOT FILED | .00 | .00 |
| COUNTRY DOOR | UNSECURED | 200.00 | .00 | .00 |
| CHICAGO CENTRAL EP | UNSECURED | 252.00 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1019.08 | .00 | .00 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | SECURED NOT I | 523.63 | .00 | .00 |
| COUNTRY DOOR | UNSECURED | 464.23 | .00 | .00 |
| MARTIN J OHEARN | DEBTOR ATTY | 3,000.00 | | 3,000.00 |
| TOM VAUGHN | TRUSTEE | | | 391.54 |
| DEBTOR REFUND | REFUND | | | 600.00 |

            Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| | | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| TRUSTEE | 5,559.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 1,567.46 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 3,000.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 18308 ROBERT J SANCHEZ & LISA M SANCHEZ

```
TRUSTEE COMPENSATION                                    391.54
DEBTOR REFUND                                           600.00
                        ---------------        ---------------
TOTALS                     5,559.00               5,559.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 01/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE